JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARTHA JO PETERS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EMPLOYMENT DEVELOPMENT DEPT. ("EDD") et al.,<br><br>　　　　　Defendants. | No. EDCV 14-00021-GAF (DFM)<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: February 3, 2014

_____
GARY A. FEESS
United States District Judge